LULA F. FAIN, a widow, WILL LEE FAIN, CHARLES M..FAIN, GEORGE G. FAIN, DAN L. FAIN, CLARENCE FAIN, a minor, and ELIZA R. FAIN, a minor, *Appellants,* v. F. S. BRAY and L. S. BRAY, *Appellees.* CITIZENS BANK & TRUST COMPANY, a Corporation, *Intervenor.*

Division A.

Decision filed March 19, 1929.

*Henry E. Williams,* for Appellants;

*Hampton, Bull & Pencke* and *William Hunter,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected it appears that a proper certificate, as required by Section 4629, Comp. Gen. Laws 1927, is not attached to the record, and the appeal is therefore dismissed. See Clark v. Cochran, 77 Fla. 98, 80 So R. 745.

TERRELL, C. J., AND ELLIS AND BROWN, J. J., concur.